**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:
ANEATA LORAY JONES                                    CASE NO. 19-25732-PDR
_____DEBTOR_____/                           CHAPTER 13

**DEBTOR'S CERTIFICATE OF COMPLIANCE,**
**MOTION FOR ISSUANCE OF DISCHARGE AND**
**NOTICE OF DEADLINE TO OBJECT**

**NOTICE OF TIME TO OBJECT**

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion shall, pursuant to Local Rules 4004-3(A)(3) and 9013-1(D), be deemed to have consented to the entry of an order of discharge.**

The debtor, ANEATA LORAY JONES, in the above captioned matter certifies as follows:

1.  The chapter 13 trustee has issued a Notice of Completion of Plan Payments on March 9, 2022. The debtor is requesting the court issue a discharge in this case.

2.  The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and proof of completion of the course was filed with the court on February 14, 2022.

3.  Compliance with 11 U.S.C. §101(14A):

    \_\_\_\_\_ A. The debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy,

    **or**

---

[*]All further references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals, unless any information is noted as specifically applying to only one debtor.

✓ B. The debtor certifies that as of the date of this certification, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic support obligation is as follows:

Aneata Jones<br>261 NE 34th Street Oakland Park, FL 33334

4. The debtor's mailing address for receipt of court notices is as follows:
[Note: Providing an updated debtor address here constitutes a change of address pursuant to Local Rule 2002-1(G). No separate Notice of Change of Address is required to be filed.]

261 NE 34th Street Oakland Park,   FL 33334

5. The name and address of the debtor's most recent employer is as follows:

Retired

6. The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

(NAME)<br>(NAME)

7. Compliance with 11 U.S.C. §1328(h):

_____ A. The debtor has not claimed an exemption under §522(b)(3) in an amount in excess of $160,375* in property of the kind described in §522(q)(1) [generally the debtor's homestead];

- or -

*Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

____ B. The debtor <u>has</u> claimed an exemption under §522(b)(3) in an amount in excess of $160,375* in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

8. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the 2 year period preceding the filing of the instant case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

/s/ _Anayta Jones_
Debtor

/s/ _____
Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the aforementioned was served via U.S. Mail and/or CM/ECF on this  15th  day of  March  2022 to the following interested parties:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

All parties on the Court's attached mailing matrix

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 19-25732-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jan 19 10:26:39 EST 2022 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | Santander Consumer USA Inc.<br>c/o Gerard M. Kouri, Jr., P.A.<br>5311 King Arthur Ave<br>Davie, FL 33331-3340 |
| Space Coast Credit Union<br>c/o Isabel V Colleran<br>25 SE 2 Ave #730<br>Miami, FL 33131-1696 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Afni, Inc.<br>PO Box 3097<br>Bloomington, IL  61702-3097 |
| (p)AMSCOT CORPORATION<br>ATTN RUBINA SHALDJIAN<br>600 N WESTSHORE BLVD #1200<br>TAMPA FL 33609-1117 | Andreu, Palma & Andreu, PL<br>1000 NW 57th Ct Ste 400'Miami<br>Miami, FL 33126-3292 | Bmg Money<br>1221 Brickell Ave<br>Miami, FL  33131-3224 |
| Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | Broward County Tax Collector<br>115 S Andrews Ave<br>Fort Lauderdale, FL  33301-1818 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| Calder Casino and Race Course<br>21001 NW 27th Ave<br>Miami Gardens, FL 33056-1499 | Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT  84130-0281 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry Portfolio Serv<br>500 Summit Lake Dr<br>Valhalla, NY 10595-2322 | Cavalry Portfolio Services<br>500 Summit Lake Dr<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Cazenovia Creek Funding, LLC<br>PO Box 54132<br>New Orleans, LA  70154-4132 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Chrysler Capital<br>PO Box 961212<br>Fort Worth, TX  76161-0212 |
| Comcast<br>10435 Ironwood Rd<br>Palm Beach Gardens, FL 33410-4286 | Credit First N A<br>PO Box 81315<br>Cleveland, OH  44181-0315 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV  89193-8872 |
| Dynamic Recovery Solutions<br>135 Interstate Blvd Unit 6<br>Greenville, SC  29615-5720 | Federated Law Group, PLLC<br>13205 US Highway 1 # 555<br>Juno Beach, FL 33408-2222 | GECRB/Dillards S DC<br>PO Box 965024<br>Orlando, FL  32896-5024 |
| (p)GLOBAL PAYMENTS CHECK SERVICES  LLC<br>ATTN F&B SUPPORT<br>6215 W HOWARD STREET<br>NILES IL 60714-3403 | Global Pymt<br>PO Box 61158<br>Chicago, IL  60601 | Gragil Assoc<br>29 Winter St<br>Pembroke, MA 02359-4949 |

| | | |
|---|---|---|
| Hunt & Khan, P.A<br>PO Box 934788<br>Margate, FL  33093-4788 | Internal Revenue Service<br>7850 SW 6th Ct # 5730<br>Plantation, FL 33324-3210 | Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Isle Casino Racing Pompano<br>777 Isle of Capri<br>Pompano Beach, FL  33069-3104 | Kohls/capone<br>PO Box 3115<br>Milwaukee, WI  53201-3115 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO Box 10497<br>Greenville, SC  29603-0497 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Funding<br>320 E Big Beaver Rd<br>Troy, MI  48083-1238 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Nelnet Lns<br>PO Box 82561<br>Lincoln, NE  68501-2561 |
| Nelnet on behalf of College Assist<br>College Assist<br>PO Box 16358<br>St. Paul, MN 55116-0358 | ONEMAIN<br>P.O. Box 3251<br>Evansville, In. 47731-3251 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Onemain<br>PO Box 1010<br>Evansville, IN  47706-1010 | Opploans/finwise<br>130 E Randolph St<br>Chicago, IL  60601-6207 | Opportunity Financial, LLC<br>130 E. Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA  23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| South Florida Interventional<br>220 SW 84th Ave<br>Plantation, FL  33324-2754 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL  32940-7920 | Synchrony Bank<br>PO Box 960061<br>Orlando, FL  32896-0061 |
| Synchrony Bank<br>PO Box 965036<br>Orlando, FL  32896-5036 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| TLOA OF FLORIDA LLC<br>C/O TLOA Servicing, LLC<br>11 Talcott Notch Rd, 2nd Floor<br>Farmington, CT 06032-1817 | TLOA Of Floria, LLC<br>11 Talcott Notch Rd<br>Farmington, CT  06032-1817 | (p)TRS RECOVERY SERVICES INC<br>P O BOX 674169<br>MARIETTA GA 30006-0070 |

| | | |
|---|---|---|
| Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN  55440-0673 | Tdrcs/Ashley Furniture<br>1000 Macarthur Blvd<br>Mahwah, NJ  07430-2035 | Verizon Wireless<br>PO Box 26055<br>Minneapolis, MN  55426-0055 |
| Wells Fargo Bank, N.A<br>PO Box 31557<br>Billings, MT  59107-1557 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Aneata Loray Jones<br>261 NE 34th St<br>Oakland Park, FL 33334-1149 |
| Chad T Van Horn<br>500 NE 4 St #200<br>Ft Lauderdale, FL 33301-1163 | Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Amscot<br>1026 NE 15th Ave<br>Fort Lauderdale, FL  33304-2311 | Global Payments Check<br>PO Box 59371<br>Chicago, IL  60659-0371 | (d)Global Payments Check Services<br>PO Box 661158<br>Chicago, IL 60666 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | TRS Recovery Services, Inc.<br>PO Box 60022<br>City of Industry, CA  91716-0022 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (d)TLOA of Florida, LLC<br>C/O TLOA Servicing, LLC<br>11 Talcott Notch Rd, 2nd Floor<br>Farmington, CT 06032-1817 | End of Label Matrix<br>Mailable recipients     67<br>Bypassed recipients      2<br>Total                   69 |